UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SERENA RUIZ,

      Plaintiff,

                                    Case No. 1:26-cv-382

v.

                                    HONORABLE PAUL L. MALONEY

BRIAN GOTTLIEB,

      Defendant.

_____/


**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  April 9, 2026                        /s/  Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge